IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00227-WYD-MJW

PARKE-BELL LTD., INC.,

    Plaintiff,

v.

BOBBI TAYLOR d/b/a A TOUCH OF CLASS INTERIORS,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on the Stipulation of Dismissal (ECF No. 29), filed July 25, 2013.  After carefully reviewing the above-captioned case, I find that this matter should be dismissed pursuant to Fed. R. Civ. P. 41(a).  Accordingly, it is ORDERED that this matter is **DISMISSED**.  The Clerk of the Court shall close this case.

Dated:  July 29, 2013

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge